### Van Drisner v. Christie.

IN dower, and all real actions, judgment cannot be entered without motion in open court.

### William Meiks v. Noadiah Childs.

THE clerk cannot give up bonds filed for security for costs in an action where a non-resident is plaintiff; the application must be to the court, and the affidavit on which it is founded should state the due taxation of costs, the name of the surety, and the non-residence of the plaintiff.